# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 5/22/2024
Case: 5:24–bk–01019–MJC  Form ID: nthrgreq  Total: 3

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  ustpregion03.ha.ecf@usdoj.gov
aty  Gregory Benjamin Schiller  Gregory.B.Schiller@usdoj.gov
aty  J. Zac Christman  zac@jzacchristman.com

TOTAL: 3